1  JERRY PERSKY
   California State Bar No. 96574
2  5657 Wilshire Boulevard, Suite 410
   Los Angeles, California 90036
3  Telephone No.  (323) 938-4000
   Facsimile No.   (323) 938-4068
4  E-mail address: jpersky48@aol.com

5  Attorney for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 ANA DIAZ,                    )   NO.  CV 11-6432 FFM
                                )
12              Plaintiff,      )   ORDER AWARDING EAJA
                                )   ATTORNEY FEES
13       v.                     )
                                )
14 MICHAEL J. ASTRUE   ,        )
   COMMISSIONER OF SOCIAL       )
15 SECURITY ADMINISTRATION,     )
                                )
16              Defendant.      )
   _____)
17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded

20 attorney fees under the EAJA in the amount of two thousand nine hundred fifty

21 dollars and no cents ($2,950.00), as authorized by 28 U.S.C. §2412(d), subject to

22 the terms of the above-referenced Stipulation.  Any payment shall be delivered to

23 Plaintiff's counsel.

24

25 DATED: June 5, 2012

26                              /S/ FREDERICK F. MUMM

27                              UNITED STATES MAGISTRATE JUDGE

28

                                 1